UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYU LANGONE HOSPITALS,<br><br>         Plaintiff,<br><br>   v.<br><br>OXFORD HEALTH INSURANCE, INC.,<br>UNITED HEALTHCARE INSURANCE<br>COMPANY OF NEW YORK, UNITED<br>HEALTHCARE OF NEW YORK, INC., UNITED<br>HEALTHCARE INSURANCE COMPANY,<br>UNITED HEALTHCARE SERVICES, INC.,<br>UNITED HEALTHCARE SERVICES LLC, AND<br>UMR, INC.,<br><br>         Defendants. | Civil Action No.: 1:26-cv-01666-JLR |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss, and the Declaration in Support, Oxford Health Insurance, Inc., UnitedHealthcare Insurance Company of New York, UnitedHealthcare of New York, Inc., UnitedHealthcare Insurance Company, United HealthCare Services, Inc., United HealthCare Services LLC, and UMR, Inc. (collectively, the "Defendants"), Defendants hereby move the Court before the Honorable Jennifer L. Rochon, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing all claims set forth in the Complaint with prejudice.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument.

Dated:  New York, New York
        June 10, 2026

Respectfully submitted,

*/s/ Amanda L. Genovese*
Amanda L. Genovese

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
agenovese@seyfarth.com

*Counsel for Defendants*

2