UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NYU LANGONE HOSPITALS,<br><br>           Plaintiff,<br><br>   v.<br><br>OXFORD HEALTH INSURANCE, INC.,<br>UNITED HEALTHCARE INSURANCE<br>COMPANY OF NEW YORK, UNITED<br>HEALTHCARE OF NEW YORK, INC., UNITED<br>HEALTHCARE INSURANCE COMPANY,<br>UNITED HEALTHCARE SERVICES, INC.,<br>UNITED HEALTHCARE SERVICES LLC, AND<br>UMR, INC.,<br><br>           Defendants. | Civil Action No.: 1:26-cv-01666-JLR |

**DECLARATION OF AMANDA L. GENOVESE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

I, AMANDA L. GENOVESE, declare as follows:

1.    I am a resident of New York County in the State of New York.  I am over the age of 18 years, of sound mind, and fully competent to make this Declaration.

2.    I am a Partner with Seyfarth Shaw LLP and counsel for Defendants Oxford Health Insurance, Inc., UnitedHealthcare Insurance Company of New York, UnitedHealthcare of New York, Inc., UnitedHealthcare Insurance Company, United HealthCare Services, Inc., United HealthCare Services LLC, and UMR, Inc. (collectively, "Defendants").   I make this Declaration in Support of their Motion to Dismiss ("Motion") the Complaint ("Complaint") of Plaintiff NYU Langone Hospitals ("Plaintiff") under Fed. R. Civ. P. 12(b)(6).

3.    I base the statements herein on my knowledge and experience representing Defendants in this matter, as well as on information obtained from publicly available government

websites, and information contained in various court dockets, all of which are subject to judicial notice.

4.      I incorporate the statements in my Declaration that was filed in support of Defendants' Notice of Removal.  (ECF No. 4.)

5.      On February 13, 2026, Plaintiff's counsel provided a claims list reflecting 96 benefits claims ("Claims List").   The Claims List includes certain data fields, including: "Hospital," "Member ID #," "Member First Name," "Member Last  Name," "Total Billed Charge," Patient Acct Number," "Dates of Service Start," "Dates of Service End," "Outstanding Reimbursement Expected," and "UHC Payment Received."   The Claims Lists confirmed that Plaintiff is seeking its billed charges less what was determined to be covered and/or the "allowable amount" reimbursed by Defendants or other applicable payors under the operative health plans' reimbursement methodologies.

6.      At the time of removal, and as part of an initial investigation of the Claims List, it was determined that certain benefit claims were billed to and adjudicated under health benefit plans governed by ERISA, and certain benefit claims were billed to and adjudicated under Medicare-governed plans.

7.      On April 21, 2026, Plaintiff produced an updated claims list reflecting 90 benefits claims ("Updated Claims List").  Plaintiff's Updated Claims List reduced the number of benefit claims in dispute to 90, and noted the mix of ERISA, Medicare-regulated, and Medicaid claims. Specifically, the Claims List lists 17 claims for Medicare-covered plans, 53 commercial ERISA claims, and 10 claims related to Medicaid plans.

I certify under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.  I am aware that if any of the foregoing statements are willfully false, I am subject to

punishment.

Executed on June 10, 2026

/s/ *Amanda Lyn Genovese*
Amanda Lyn Genovese