**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

agenovese@seyfarth.com

T (212) 218-5621

www.seyfarth.com

June 16, 2026

**<u>VIA ECF</u>**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *NYU Langone Hospitals v. Oxford Health Insurance, Inc., et al.*
          Case No. 1:26-cv-01666-JLR
          <u>Joint Letter - Rule 2(B) - Remote Appearance Information for June 18, 2026 Conference</u>

Dear Judge Rochon,

This firm represents Defendants in the above-referenced action.  In accordance with the Court's Individual Rule 2(B), the parties jointly submit the following:

On March 3, 2026, the Court entered an order for a pretrial conference set for April 15, 2026, and provided dial-in information.  (ECF No. 7.)  The Court also noted its Individual Rule 2(B).  (*Id.*)  After various filings, the Court entered an order resetting the conference for June 18, 2026 at 11:00.  (ECF No. 15.)

- For Plaintiff: Patricia Hecht, 914-479-9720, patricia@wahechtpc.com

- For Defendants: Amanda Genovese, 212-218-5621, agenovese@seyfarth.com

We thank Your Honor for your attention to this important matter.

Respectfully submitted,

*/s/ Amanda L. Genovese*

Counsel for Defendants